## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
#### ORLANDO DIVISION

**LOUISE LASTER,**

      **Plaintiff,**

**v.**                                                                                         Case No: 6:21-cv-554-GAP-LRH

**LIGHT OF LIFE, INC.,**

      **Defendant.**

## ORDER TO STRIKE
(And Direction to Clerk of Court)

On March 26, 2021, Plaintiff Louise Laster, on behalf of herself and others similarly situated, instituted this action against Defendant Light of Life, Inc., via a complaint alleging violations of the Fair Labor Standards Act. *See* Doc. Nos. 1, 3. On April 28, 2021, a person named Gisela Ramos filed a *pro se* motion to dismiss the complaint, on behalf of Light of Life, Inc. Doc. No. 8. The motion has been referred to the undersigned.

Upon review, Light of Life, Inc. may not appear and be heard in this matter except through counsel of record admitted to practice before this Court. Local Rule 2.02(b)(2). It does not appear that Ms. Ramos is an attorney admitted to practice in this Court, and thus, she may not file documents with the Court on behalf of Light of Life, Inc. Therefore, the motion to dismiss (Doc. No. 8) is **ORDERED STRICKEN**.

It is further **ORDERED** that Light of Life, Inc. shall have up to and including **June 1, 2021** to appear by counsel and respond to Plaintiff's complaint. If Light of Life, Inc. fails to appear through counsel and respond to Plaintiff's complaint by that date, a default may be entered against Light of Life, Inc. pursuant to Federal Rule of Civil Procedure 55(a), without further notice.

The **Clerk of Court** is **DIRECTED** to mail a copy of this Order to Ms. Ramos at the following address:

> Gisela Ramos
> 10967 Lake Underhill Road
> Suite 112
> Orlando, Florida 32825

**DONE** and **ORDERED** in Orlando, Florida on April 30, 2021.

_Leslie R. Hoffman_
LESLIE R. HOFFMAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties