UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LOUISE LASTER, on behalf of herself and on behalf of all others similarly situated,
        Plaintiff,

v.

LIGHT OF LIFE, INC.,
        Defendant.

Case No.: 6:21-cv-00554-GAP-LRH

## MEDIATION REPORT

In accordance with the Notice of Mediation a zoom mediation conference was conducted by Viktoria Collins, Florida Supreme Court Certified Circuit Civil Mediator, on July 27, 2021.

(1) The following parties and their trial counsel attended the mediation conference via zoom:

  (a) Plaintiff Louise Laster and Plaintiff's attorney Donna V. Smith, Esquire.

  (b) Defendant's Representatives Gisela Ramos and Alexa Gomez and Defendant's attorney Rashida Willhoit, Esquire. Also present was Edmund Gegan, Esquire.

(2) The results of the conference are indicated below:

  A settlement was reached.

Respectfully submitted this 27th day of July 2021.

                                                     Viktoria Collins
                                                     Viktoria Collins, Esquire
                                                     Circuit Court Mediator
                                                     Certification No.: 20426CFRA
                                                     Fla. Bar No. 0521299
                                                     4767 New Broad Street
                                                     Orlando, FL 32814
                                                     Telephone: (407) 790 4173
                                                     Facsimile: (407) 347 4092

cc:    Donna V. Smith, Esquire
           Rashida Willhoit, Esquire