# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

LOUISE LASTER,

      Plaintiff,

v.                                       Case No:   6:21-cv-554-GAP-LRH

LIGHT OF LIFE, INC.,

      Defendant.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Upon consideration of the Mediation Report (Doc. 27), it is

**ORDERED** that this case is **DISMISSED** without prejudice pursuant to Local Rule 3.09(b), subject to the right of any party to move the Court within sixty (60) days for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further

proceedings. Any pending motions are **DENIED** as moot. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on July 28, 2021.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties